UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

UNITED STATES OF AMERICA,

v.

JAVIER ECHEVERRI,

---

: No. 3:03 CR 173 (SRU)
:
:
:
:
:
: March 29, 2005
:

**NOTICE OF MANUAL FILING**

Please take notice that defendant, Javier Echeverri, has manually filed the following document or thing:

Reference letters in support of defendant Javier Echeverri from the following:

    Catherine Arbelaez
    Claudia P. Ramirez
    Natalia Ortiz
    Biviana Betancur and Juan Carlos Ortiz
    Juan Carlos and Maggie Lopez
    Luis German Bustamante
    Raul Infantes
    Pablo Macias
    Jamie Paz
    Cesar and Betty Coronado
    Esteban and Luisa Vinuela
    Alfonso and Miriam Chavez
    Herman Giraldo
    Zoraida Giraldo
    Clara I. Saavedra
    Susan Giraldo
    Stella Ortiz
    Fanny Echeverri
    Diana Paz
    Conrado D. Ortiz
    Margarita
    Illegible Signature
    Adriana Giraldo
    Ubaldo Giraldo
    Hennan Aguirre

This document has not been filed electronically because

[ X ]   the document or thing cannot be converted to an electronic format by this office
[  ]    the electronic file size of the document exceeds 1.5 megabytes
[  ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

    Respectfully submitted,
    DEFENDANT JAVIER ECHEVERRI


By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, Connecticut 06880
  Tel. No. 203/227-1404
  Federal Bar No. CT08969

## **CERTIFICATION**

  This is to certify that a copy hereof was mailed on March 29, 2005 to the following:

Mark D. Rubino, AUSA
157 Church St.
New Haven, CT 06510

Office of Probation
915 Lafayette Blvd.
Bridgeport, CT 06604

                  _____
                  Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969