UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 3:03CR173(SRU) |
| JAVIER ECHEVERRI,<br> a/k/a "EL MONO" | : | |

GOVERNMENT'S SECOND SUPPLEMENTAL POSITION ON SENTENCING

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits this second supplemental memorandum clarifying its position on acceptance of responsibility.

In the government's first submission in aid of sentencing, the government maintained that defendant was entitled to only a two-level adjustment for acceptance of responsibility. That continues to be the government's position. In the recently filed supplemental position on sentencing, and in the course of analyzing the interplay between the obstruction of justice enhancement and the acceptance of responsibility provision, the government inadvertently stated that defendant should receive a three-level reduction. For the reasons stated in our earlier submission, the government does not intend to file a motion seeking a three-level reduction.

CONCLUSION

Based upon the arguments set forth above as well as in the government's earlier submissions, the defendant's sentencing guidelines range should be 97 to 121 months. The base offense level is 32. Two levels are added for obstruction of justice, bringing the adjusted offense level to 34. Subtracting two points for safety valve and two points for acceptance of responsibility brings the total offense level to 30. With a criminal history category of I, the guidelines range becomes 97 to

121 months imprisonment. The government respectfully submits that a guidelines sentence is appropriate in this case.

                                                Respectfully submitted,

                                                KEVIN J. O'CONNOR
                                                UNITED STATES ATTORNEY

                                                     /s/
                                                MARK D. RUBINO
                                                ASSISTANT UNITED STATES ATTORNEY
                                                157 Church Street
                                                New Haven, Connecticut 06510
                                                Tel. (203) 821-3732
                                                Federal Bar No. CT03496

**CERTIFICATION OF SERVICE**

This is to certify that the foregoing has been faxed this 31st day of March, 2005, to:

Robert Sullivan, Esq.
190 Main Street
Westport, CT 06880

Keith Barry
U.S. Probation
Bridgeport, CT

                                                          /s/
                                      MARK D. RUBINO
                                      ASSISTANT UNITED STATES ATTORNEY