Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

District of __CONNECTICUT__

**FILED**
2005 APR -8 P 12: 37
U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES OF AMERICA

v.

JAVIER ECHEVERRI

Docket No.: __3:03CR173(SRU)__

__Stefan R. Underhill__
(Judge/Magistrate Court Judge)

Notice is hereby given that __JAVIER ECHEVERRI__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ___ ], other [ XX ] __Sentence__
(specify)

entered in this action on __4/7/05__.
(date)

Offense occurred after November 1, 1987    Yes [ XX ]    No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ XX ]    No [ ___ ]

Date __4/ 8 /05__

TO
Mark D. Rubino, AUSA
Office of U.S. Attorney
157 Church Street
New Haven, CT 06510

__Robert J. Sullivan, Jr.__
(Counsel for Appellant)

Address __190 Main Street__

__Westport, CT 06880__

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: __203/227-1404__

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ► QUESTIONNAIRE | ►TRANSCRIPT ORDER | ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ XX ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings<br>[ ___ ] Trial<br>[ XX ] Sentencing __3/30/05__<br>[ ___ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ✓ ] Funds [ ___ ]    CJA Form 24 [ XX ]

ATTORNEY'S SIGNATURE    DATE __4/ 8 /05__

► COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date | Signature (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney.

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02