MEMORANDUM

TO: U.S. Probation Office

FROM: Alice Montz

DATE: April 18, 2005

RE: 3:03cr173 (SRU)

> Presentence Report returned to U.S. Probation Office as to JAVIER ECHEVERRI

****************************************************************

Ten days have passed since the defendant was sentenced. An appeal has been filed. We are returning the original Presentence Report to you pursuant to Local Rule 32(j).

Please acknowledge receipt on the attached copy of this memorandum and return it to the Clerk's Office.

Enclosure: ORIGINAL PRESENTENCE REPORT

Received by: [signature]

Date: 4/29/05

FILED 2005 MAY -3 A 9:20 U.S. DISTRICT COURT BRIDGEPORT, CONN