UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:03 CR 173 (SRU) | |
| | : | | |
| v. | : | | |
| | : | | |
| JAVIER ECHEVERRI | : | July 21, 2005 | |

**INDEX TO THE RECORD ON APPEAL**

| Date Filed | Court Document No. | Document Name | Document No. |
|---|---|---|---|
| 6/11/03 | 3 | Indictment | 1 |
| 1/21/04 | 33 | Defendant's Disclosure of Defense | 2 |
| 1/22/04 | 34 | Motion to Preclude Duress by Defense by USA | 3 |
| 2/6/05 | 36 | Response by Javier Echeverri re Motion to Preclude Duress Defense | 4 |
| 4/13/05 | 51 | Notice of Intent to Use Evidence by USA | 5 |
| 4/16/04 | 53 | Motion for Daubert Hearing, Motion in Limine to preclude expert testimony by USA | 6 |
| 4/23/04 | 54 | Renewed Motion to Preclude Duress Defense by USA | 7 |
| 5/3/04 | 56 | Notice of Expert Testimony by USA | 8 |
| 5/7/04 | 58 | Memorandum in Opposition by Javier Echeverri re Motion for Hearing Motion in Limine | 9 |
| 5/7/04 | 59 | Memorandum in Opposition by Javier Echeverri re Motion in Limine, Motion for order re Preclude Duress Defense | 10 |

| Date | Doc # | Description | Page |
|---|---|---|---|
| 5/17/04 | 64 | Reply to Response to Motion by USA as to Javier Echeverri re Renewed Motion to Preclude Duress Defense | 11 |
| 5/17/04 | 66 | Reply to Response to Motion by USA as to Javier Echeverri re Motion for Daubert Hearing and Motion in Limine to preclude expert testimony | 12 |
| 6/10/04 | 73 | Plea Agreement | 13 |
| 6/14/04 | 71 | Affidavit of Dr. Bruce M. Bagley | 14 |
| 7/21/04 | 79 | Sentencing Memorandum by Javier Echeverri | 15 |
| 7/27/04 | 80 | Sentencing Memorandum by USA | 16 |
| 3/28/05 | 85 | Supplemental Sentencing Memorandum by USA | 17 |
| 3/28/05 | 87 | Amended Sentencing Memorandum by Javier Echeverri | 18 |
| 3/29/05 | 84 | Addendum to Sentencing Memorandum by Javier Echeverri | 19 |
| 3/31/05 | 88 | Second Supplemental Sentencing Memorandum by USA | 20 |
| 4/6/05 | 89 | Judgment | 21 |
| 4/8/05 | 90 | Notice of Appeal | 22 |
| 4/18/05 | 91 | Pre Sentence Investigation Report | 23 |

Respectfully submitted,
THE DEFENDANT

By _____
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main Street
Westport, CT 06880
Tel. No. (203) 227-1404
Federal Bar Number CT08969

-2-

–3–

**CERTIFICATION**

    This is to certify that a copy hereof was mailed first class, postage prepaid, on July 21, 2005 to the following:

Mark D. Rubino, AUSA  
Office of U.S. Attorney  
157 Church Street, 23rd Floor  
PO Box 1824  
New Haven, CT 06510

                                                                                                     Robert J. Sullivan, Jr

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837