**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

August 3, 2006

Robert J. Sullivan, Jr.
190 Main Street
Westport, CT 06880

      Re: Case Name: USA v Javier Echeverri
          Number: 3:03cr173 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

      Defendant's Exhibits A,B,C,D

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                       Sincerely,

                       Kevin F. Rowe, Clerk

                       BY __/s/_____
                            Alice Montz
                            Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____