IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JAVIER ECHEVERRI
Defendant/Petitioner,

vs.                              CASE No: 3:03-CR-173-SRU

UNITED STATES OF AMERICA
Plaintiff/Respondent.
_____/

MOTION TO COMPEL DEFENSE COUNSEL TO RETURN TO THE PETITIONER THE ENTIRE CRIMINAL CASE FILE, IN ORDER FOR THE PETITIONER TO PREPARE HIS TITLE 28, U.S.C. 2255 MOTION, AND FILE IT IN THE DISTRICT COURT AND TO COLLATERALLY ATTACK HIS SENTENCE.

COMES NOW, Defendant/Petitioner, Javier Echeverri, and very respectfully files this Motion To Compel Defense Counsel Robert Sullivan Jr. to return the entire criminal case file, on docket number 3:03-CR_173-SRU, and the entire case file on Appeal No: 05-1841-Cr- in his possession, because of the following reasons:

Defendant pleaded guilty and was sentenced by this Court on March 31, 2005. Defendant appealed to the Second Circuit Court of Appeals, whom on March 13, 2006, affirmed the Defendant's sentence. The Defendant/Petitioner was represented by Mr Sullivan during all of these proceedings.

On June 08, 2006 the Defendant filed a Petition for a writ of certiorari with the United States Supreme Court. The petition was subsequently denied on October 2006.

Defendant Petitioner Javier Echeverri, has one year from the date the petition of certiorari was denied by the Supreme Court, in order to file a timely motion under 28, U.S.C. Section 2255.

The defendant is filing this 2255, In Propia Persona, and this documents are needed in order that the Defendant may prepare in a timely manner the aforementioned motion. Additionally he needs ample time for research and go over all of the information on his case. Defendant is a layman on the law and all help that can be provided by this Court will be appreciated.

**THEREFORE FOR ALL OF THE AFOREMENTIONED,** Defendant/Petitioner, Javier Echeverri, moves this Honorable Court to grant this motion and to order defense counsel Robert Sullivan to return the entire case files for the previous aforementioned case docket numbers.

Signed this 30th, of October, 2006.

RESPECTFULLY SUBMITTED.

*/s/ Javier Echeverri*
JAVIER ECHEVERRI
REG. No: 69833-004
F.C.I. MIAMI, LOW, UNIT B.
P.O. BOX 779800
MIAMI, FLORIDA, 33177

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 30th of October 2006, a true and correct copy of the aforegoing was mailed to:

Mr Mark D. Rubino A.U.S.A.
U.S. Attorney's Office-NH
157 Church Street, 23rd Floor
P.O. Box 1824
New Heaven, CT, 06510

*/s/ Javier Echeverri*
JAVIER ECHEVERRI
Reg. No: 69833-004
F.C.I. Miami, Low, Unit B.
P.O. Box 779800
Miami, Florida, 33177

-2-