UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CRIMINAL CASE NO. 3:03-CR-173-SRC**

JAVIER ECHEVERRI

 Petitioner

vs.

UNITED STATES OF AMERICA

 Respondent

_____/

FILED

2008 JUN 30 P 2: 20

U.S. DISTRICT COURT
BRIDGEPORT, CONN

PETITIONER'S REQUEST FOR A JUDICIAL RECOMMENDATION PURSUANT TO 18 U.S.C. §§3621(b) 3624(c) AND BUREAU OF PRISONS POLICY STATEMENT 7310.04 WHICH AUTHORIZES A TWELVE MONTH HALFWAY HOUSING AND SIX MONTH PLACEMENT IN HOME CONFINEMENT

COMES NOW, the PETITIONER, JAVIER ECHEVERRI, (hereinafter ECHEVERRI), invoking **Haines v. Kerner** 404 U.S. 519, 520 (1972) and respectfully moves and invokes this Honorable Court's jurisdiction under 18 U.S.C. §§3621(b) 3624(c) and Bureau of Prisons Policy Statement 7310.04 and would state as follows;

1. ECHEVERRI is a Federal Prisoner incarcerated at the Federal Correctional Institution at 15801 S.W. 137th. Avenue Miami, Florida 33177 and is serving a 97 month term of imprisonment.

2. ECHEVERRI respectfully petitions this Honorable Court for a judicial recommendation that authorizes Jorge Pastrana, the Warden that houses ECHEVERRI, to place ECHEVERRI in halfway housing (CCC) for 12 months, followed by 6 months home confinement as authorized pursuant to 18 U.S.C. §§3621(b) 3624(c) and B.O.P. Policy Statement 7310.04 which allow for the halfway house and home confinement simultaneously, once ECHEVERRI successfully completes the 500 hour RDAP drug treatment program.

3. 18 U.S.C. §3624(c) reads in pertinent part;

 The BOP shall, to the extent practicable, assure that a prisoner serving a term of imprisonment spend a reasonable part, not to exceed six months of the last ten percent of the term to be served under conditions that will afford the prisoner a reasonable opportunity to adjust to and prepare for the prisoner's reentry into the community. The authority provided by this subsection may be used to place a prisoner on home confinement. The United States Probation Office shall, to the extent practicable, offer assistance to a prisoner during such pre-release custody.

4. Bureau of Prisons Policy Statement 7310.04(7)(B)(3); Home Confinement: The Bureau is involved in two Home Confinement Programs; Home Confinement Operates from Bureau's own Network of CCC's and the United States Probation Divisions Programs.

5. As recommended by this Court ECHEVERRI will successfully complete the 500 hour RDAP program and will receive the 12 months off his sentence for completing the program. This now changes ECHEVERRI'S projected release date to 05-07-2010. It also changes ECHEVERRI'S six (6) month date which is now 11-07-2010.

6. Thus, a judicial recommendation is needed in order for Warden Jorge Pastrana, to authorize a CCC halfway housing of 12 months, and six (6) months home confinement for the total combination of 18 months that will remain on ECHEVERRI's sentence, upon successful completion of the RDAP program.

WHEREFORE, for the forgoing reasons stated, according to statutory authorization, this Court has jurisdiction to make such a recommendation that will allow Warden Pastrana, of FCI-Miami, to authorize 12 months halfway housing and 6 months home confinement.

Respectfully Submitted,

JAVIER ECHEVERRI
#69833-004

C.M.R. # 7000 1670 0011 0280 2683